IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHELLE M. IMPINK | : | CIVIL ACTION |
| v. | : | No. 14-186 |
| NANCY A. BERRYHILL,[1] *ACTING COMMISSIONER OF SOCIAL SECURITY* | : | |

## ORDER

AND NOW, this 10th day of April, 2019, upon consideration of Plaintiff Michelle M. Impink's Brief and Statement of Issues in Support of Request for Review, Defendant's response thereto, and Plaintiff's reply, and after careful review of the Report and Recommendation of United States Magistrate Judge Richard A. Lloret, to which no objections have been filed,[2] it is ORDERED:

1. The Report and Recommendation (Document 29) is APPROVED and ADOPTED;

2. Plaintiff's Request for Review (Document 24) is DENIED;

3. Judgment is entered in favor of the Defendant by separate order, filed contemporaneously; and

4. The Clerk of Court is DIRECTED to mark this case CLOSED.

---

[1] Nancy A. Berryhill became the Acting Commissioner of Social Security on January 23, 2017. Pursuant to Federal Rule of Civil Procedure 25(d), Berryhill is substituted for Carolyn W. Colvin as the Defendant in this case.

[2] The Report and Recommendation was filed on March 21, 2019, and was sent to all parties of record that same day, together with a Notice from the Clerk of Court advising the parties of their obligation to file any objections within fourteen days after service of the Notice. *See* Local R. Civ. P. 72.1 IV(b) ("Any party may object to a magistrate judge's proposed findings, recommendations or report under 28 U.S.C. 636(b)(1)(B) . . . within fourteen (14) days after being served with a copy thereof."). As of today's date, no objections have been filed.

BY THE COURT:


/s/    Juan R. Sánchez
Juan R. Sánchez, C.J.